Michael G. Tafoya (018655)
P.O. Box 930
Maricopa, AZ 85139
(520) 450-0537
michael.tafoya@azbar.org

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| VINCE GOETT | ) | No. _____ |
|        Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ACC OP Management, LLC, | ) | **COMPLAINT** |
| ACC OP (ASU Ocotillo), LLC, and | ) | |
| National Credit Systems, Inc. | ) | |
| | ) | |
|        Defendants | ) | |
| _____ | ) | |

Plaintiff alleges the following:

Pursuant to Ariz. R. Civ. P. 8, this is a notice-pleading complaint.  The primary function of this Complaint is to provide notice of claims, not their evidentiary details nor legal theories. Whenever the terms Plaintiff and Defendant are used herein, they shall be taken as singular or plural within the context of their use regardless of how they are denominated.

1.      This Court has jurisdiction in this matter because the contract involved was allegedly entered into in Maricopa County, Arizona, and because the issues involved federal law.

2.      ACC OP Management, LLC is the Manager of the The Villas at Vista del Sol Apartment complex.

3.      Vince Goett, a single man, is a resident of Las Vegas, Nevada.

4.      Melissa Turner is a resident of Maricopa County, Arizona.

5.      Melissa Turner is the ex-spouse of Vince Goett.

6.      Kendall Goett is a resident of Maricopa County, Arizona.

7.      Kendall Goett is the daughter of Vince Goett and Melissa Turner.

8.      On August 1, 2012, a meeting was held at the offices of the Vista Del Sol Apartments.

9.      Melissa Turner was present with Kendell Goett at the August 1, 2012, meeting.

10.     Upon information and belief, Beth Myers, on behalf of ACC OP Management, LLC, and ACC OP (ASU Ocotillo), LLC, was present at the August 1, 2012, meeting.

11.     Upon information and belief, Melissa Turner advised Defendants ACC OP Management, LLC, and ACC OP (ASU Ocotillo), LLC, that the Plaintiff, Vince Goett, would guarantee a lease agreement.

12.     This was contrary to a previous discussion between Vince Goett and ACC OP Management, LLC, wherein Vince Goett told ACC OP Management, LLC, that (1) he specifically would not sign the guaranty; (2) to conform to the terms of his divorce with Melissa Goett, anything Vince Goett paid must flow through Melissa Goett – Vince Goett would not agree to directly pay anything; and (3) that Melissa Goett must be "on the hook" for the lease.  If she was not, then Melissa Goett would not forward money for payment and the lease would likely end in default.

13.     Vince Goett was not present at the August 1, meeting.

14.     On August 1, 2012, Vince Goett was in Idaho.

15.     Defendants ACC OP Management, LLC, and ACC OP (ASU Ocotillo), LLC, allowed Ms. Turner to include Mr. Goett's information on the lease as the Guarantor.  A copy of the Guaranty Agreement is attached hereto as Exhibit "A".

16.     Defendants ACC OP Management, LLC, and ACC OP (ASU Ocotillo), LLC, either signed, or allowed Ms. Turner to sign, Mr. Goett's name on the Guaranty Agreement.

17.     On December 5, 2012, Mr. Goett received a non-payment notice from Plaintiff.

18.     Upon receiving the notice, Mr. Goett requested a copy of the lease.

19.     Mr. Goett first discovered that his name had been forged on the Guaranty Agreement when he reviewed the lease and saw his information listed as the guarantor.

20.     On December 10, 2012, Defendant ACC OP Management, LLC, sent a demand letter for an outstanding balance on the lease.

21.     On December 11, 2012, Mr. Goett sent a letter to Defendant ACC OP Management, LLC, explaining the forgery, including the fact that Defendant ACC OP Management, LLC, on behalf of Defendant ACC OP (ASU Ocotillo), LLC, had participated in the forgery at the August 1, 2012, meeting.

22.     On April 12, 2013, the Defendants falsely reported the outstanding balance on Mr. Goett's credit through the three major credit bureaus.

23.      On May 2, 2013, the Defendant sent a letter to Mr. Goett.  The letter did not acknowledge Mr. Goetts's explanation of the forgery.  Instead, the letter threatened additional action to obtain payment.

24.     On May 8, 2013, Mr. Goett contacted the Defendant a second time and provided additional details regarding the forgery.  This included the Affidavits attached hereto as Exhibit "B".

25.     On May 11, 2013, Mr. Goett's credit was negatively affected by the addition of the debt from the Defendants.

26.     Mr. Goett's business relationships require that he have exceptional credit.

27.     As a result of the debt added by the Defendant, Mr. Goett's business has been affected.

28.     Defendants ACC OP Management, LLC, and ACC OP (ASU Ocotillo), LLC, know that Mr. Goett did not sign the Guaranty Agreement because they were present when Melissa Goett signed and because they consented to Melissa Goett

29.     The Defendants are falsely reporting this account to the three major credit bureaus.

30.     Vince Goett contested the reporting with the credit bureaus and directly with National Credit Systems, Inc.

31.     By falsely reporting this information, the Defendants, among other things, violated the Fair Credit Reporting Act's requirements that accurate information be provided.

**WHEREFORE,** the Plaintiff requests the following relief:

a.     That the Court award damages in an amount to be determined at Trial;

3

b.      That the Court require the Defendant to remove any and all mention of a debt from Mr. Goett's credit report.

c.      That the Court award costs and fees incurred in the pursuit of the case.

Submitted this 27th day of August, 2013,



4

## GUARANTY AGREEMENT

THIS GUARANTY AGREEMENT ("Guaranty") IS EXECUTED BY THE UNDERSIGNED GUARANTOR IN CONNECTION WITH THAT CERTAIN LEASE AGREEMENT (the "Lease") EXECUTED BY ACC OP (ASU SCRC) LLC/ ACC OP (ASU OCOTILLO) LLC ("Landlord") and _____ Wendall Gie II _____ ("Resident"), A COPY OF WHICH LEASE IS ATTACHED HERETO.

1.  UNCONDITIONAL GUARANTY.  In consideration of the execution by Landlord of the Lease, Guarantor absolutely, irrevocably and unconditionally guarantees full and complete payment and performance by Resident of all of the duties and obligations of Resident under the Lease and further covenants with the Landlord that if default shall at any time be made by the Resident in payment of Rent or other payments under the Lease or in the performance of any other duties or obligations of the Resident contained in the Lease, Guarantor will pay to the Landlord or Landlord's successors or assigns any delinquent Rent and any damages or other sums that may arise or be due to Landlord under the Lease as a result of any violation or default by the Resident, on receipt of written notice of such violation or default from Landlord or Landlord's successors or assigns. Releasing or assignment of the Lease by Resident with or without Guarantor's approval shall not affect Guarantor's liability under this Guaranty. Modifications or amendments to the Lease or extensions, renewals, or apartment reassignment of or during the Lease Term shall not affect Guarantor's liability under this Guaranty.  Guarantor shall be liable for such modifications, amendments, or extensions.

2.  NOTICE TO GUARANTOR/WAIVER. This Guaranty shall be a continuing and irrevocable guaranty. Guarantor waives notice of Guarantor's acceptance of this Guaranty and further waives demand, notice of default, protest or notice of protest of every kind, notice of any and all proceedings in connection with the Lease (including notice of Resident's default or violation under the Lease), diligence in collecting any sums due under the Lease or enforcing any of the obligations under the Lease, bringing of suit and diligence in taking any action with reference to the Lease or in handling or pursuing any of Landlord's rights under the Lease.

3.  DEATH OF GUARANTOR. In the event of the death of an individual Guarantor, the obligation of such Guarantor under this Guaranty shall continue in full force and effect against Guarantor's estate as to all indebtedness and other obligations of Resident under the Lease. Landlord shall not be required to pursue any other remedies before invoking the benefits of this Guaranty. In particular, Landlord shall not be required to exhaust Landlord's remedies against Resident or other guarantors.  Landlord may from time to time at Landlord's discretion and with or without valuable consideration, release Resident from all or part of Resident's obligations without affecting this Guaranty.

4.  ENFORCEMENT. This Guaranty shall inure to the benefit of the transferee or subsequent owner of the Apartment Community. This Guaranty shall be binding upon the Guarantor and Guarantor's personal representatives, notwithstanding any change in status or organization of the Landlord or Resident or any reletting by Resident. Suit may be brought against any single Guarantor or against all Guarantors without impairing the rights of Landlord, its successors or assigns, against other Guarantors. If Resident is in default or violation under the Lease and if it becomes necessary for Landlord to place this Guaranty in the hands of an attorney to enforce the rights and remedies of Landlord, Landlord may recover reasonable attorneys' fees from Guarantor, even if suit has not been filed. In any lawsuit to enforce the provisions of this Guaranty, the prevailing party shall be entitled to recover reasonable attorney's fees from the nonprevailing party, including all out-of-pocket costs of litigation as set forth in the Lease.  This Guaranty may be enforced against Guarantor without the necessity of recourse against Resident or any other party. The validity or enforceability of this Guaranty shall not be affected by the invalidity or unenforceability of the Lease or Resident's lack of sufficient legal capacity to enter into the Lease.  Failure of Landlord to enforce the Lease or enforce Landlord's rights against the Resident shall not operate to release Guarantor from Guarantor's obligations under this Guaranty.

5.  MISCELLANEOUS. Guarantor acknowledges that but for the execution of and delivery of this Guaranty, Landlord may not have entered into the Lease. The obligations of this Guaranty shall be performed in the same county or counties where the Resident's obligations are to be performed under the Lease. Guarantor acknowledges that Landlord has relied on all written information furnished by Guarantor to Landlord in connection with this Lease. No oral agreements or representations have been made in connection with this Guaranty. The obligations under this Guaranty are absolute, irrevocable and unconditional.  This Guaranty shall be governed by the laws of the State in which the Premises (as defined in the Lease) is located and Guarantor hereby submits and consents to personal jurisdiction of the courts in the State and/or County in which the Premises are located.  Defined terms used herein which are not otherwise defined herein shall have the meanings ascribed to them in the Lease.  The absence of a copy of the Lease attached hereto shall not affect the validity or effectiveness of this Guaranty.

GUARANTOR UNDERSTANDS AND AGREES THAT THIS GUARANTY REPRESENTS A LEGAL, BINDING OBLIGATION ON THE PART OF GUARANTOR.

GUARANTOR:

Name: _Vincent Goett_

Home Address: _11411 Southern Highlands_ 89141

Home Phone: _602-300-1005_

E-Mail Address: _VGoette@yahoo.com_

Signature: _____

Employer: _Southern Highlands_

Employer Address: _11411 Southern Highlands Pwy, LAS VEGAS, NEVADA 89141_

Employer Telephone: _____

Driver's License #/ State issued: _B11963645 Arizona_

Date: _8/1/12_    SS#: _601149983_

REVISION DATE 09.12.06

# VISTA DEL SOL / THE VILLAS AT VISTA DEL SOL

## LEASE AGREEMENT

**BASIC TERMS:**

| | |
|---|---|
| **Date:** | Thursday, April 26, 2012 |
| **Apartment Community:** | ☐ Vista del Sol |
| | ■ The Villas at Vista del Sol |
| **Resident:** | Kendall Goett  ("you" or "your") |
| **Landlord (Owner):** | If Apartment Community is Vista del Sol, Landlord is ACC OP (ASU SCRC) LLC, and if Apartment Community is The Villas at Vista del Sol, Landlord is ACC OP (ASU Ocotillo) LLC. (with the applicable Landlord being sometimes referred to herein as "us", "we" or "our") |
| **Landlord's Address:** | c/o Manager, 701 E. Apache Blvd., Tempe, AZ  85281, Attention: General Manager |
| **Manager:** | ACC OP Management LLC |
| **Premises:** | A ☐ shared  ■ private bedroom ("Bedroom") accommodation in a  **4** bedroom,  **4** bathroom apartment ("Apartment"), within an apartment building ("Building") within the Apartment Community, as more specifically described in Paragraph 1a below. |
| **Unit Type:** | **The Villas @ VDS 4 Bedroom - 4 Bath** |
| **Lease Term:** | Starting Date of Lease Term:   **August 21, 2012**      Ending Date of Lease Term:   **August 01, 2013** |

**Rent:**   Base Rent:   Your total Base Rent for the Lease Term is   $8,148.00   which includes 1.8% state tax and communication access fee. (You must also pay additional charges as identified in this Lease.)

Deposits and Fees: In addition to paying Base Rent, you agree to pay us the following Deposits and Fees:

| | | |
|---|---|---|
| Security Deposit: | $0.00 | (see Paragraph 4 below) |
| Application Fee: | $0.00 | (the Application Fee is nonrefundable for any reason) |
| Reserved Garage Parking: | $70.00 | (due and payable at the same time each installment of Base Rent is due and Payable. The fee is included in the rent below.) |

The Base Rent, and any additional fees or charges payable by you under this Lease are together referred to as "Rent". Base Rent and the additional fees or charges payable in installments for the Lease Term is:

$8,988.00   is payable in   12   installments, without offset or deduction, and you agree to pay such Rent as follows:

| INSTALLMENT AMOUNT: | DUE DATE: | INSTALLMENT AMOUNT: | DUE DATE: |
|---|---|---|---|
| $749.00 | 8/1/2012 | $749.00 | 2/1/2013 |
| $749.00 | 9/1/2012 | $749.00 | 3/1/2013 |
| $749.00 | 10/1/2012 | $749.00 | 4/1/2013 |
| $749.00 | 11/1/2012 | $749.00 | 5/1/2013 |
| $749.00 | 12/1/2012 | $749.00 | 6/1/2013 |
| $749.00 | 1/1/2013 | $749.00 | 7/1/2013 |

Guarantor:  Vince Goett , who has guaranteed Resident's duties and obligations hereunder pursuant to a separate Guaranty Agreement (herein so called) executed by Guarantor. At Landlord's option, the effectiveness of this Lease is conditioned upon Landlord's receipt of a fully signed Guaranty Agreement executed by Guarantor. The fact that you have not provided an executed Guaranty Agreement does not release you from your liability under this Lease and all Rent and other obligations.

**Exhibits attached to this Lease:**

| | |
|---|---|
| Exhibit A:  Apartment Community Rules and Regulations | Exhibit D: |
| Exhibit B:  Safety Guidelines | |
| Exhibit C:  Parking Addendum | |

**Additional Terms and Provisions:**   Additional Terms and Provisions, as well as the Exhibits, are attached as subsequent pages to this Lease.

This Lease consists of this page, and the Additional Terms and Provisions and the Exhibits.

**AGREEMENT:**
**RESIDENT ACKNOWLEDGES AND AGREES THAT RESIDENT HAS CAREFULLY READ AND UNDERSTANDS THIS LEASE AND THAT RESIDENT ACKNOWLEDGES THAT THIS LEASE CONSTITUTES A BINDING AND ENFORCEABLE CONTRACT BETWEEN LANDLORD AND RESIDENT. LANDLORD AGREES TO LEASE TO RESIDENT, AND RESIDENT AGREES TO LEASE FROM LANDLORD, THE PREMISES, SUBJECT TO THE TERMS AND PROVISIONS OF THIS LEASE.**

**LANDLORD:**                                             **RESIDENT:**

☐ ACC OP (ASU SCRC) LLC

■ ACC OP (ASU Ocotillo) LLC

By: ACC OP Management LLC

_____
    Property Manager

By: _____          _____
    Manager                                                 Signature

**ADDITIONAL TERMS AND PROVISIONS AND EXHIBITS FOLLOW THIS PAGE**

ADDITIONAL TERMS AND PROVISIONS:

1.    PREMISES.

   a.   **Description**.   The "Premises" is defined as including each of the following:

      i.   Your sole (if Bedroom is Private) or shared (if Bedroom is Shared) use of a Bedroom in an Apartment in the Apartment Community.  Your specific Building, Apartment and Bedroom will be assigned to you by Manager prior to your moving into the Apartment;

      ii.   Together with the other residents of the Apartment, your shared use of the Common Areas in the Apartment and the Apartment Community (for purposes of this Lease, "Common Areas" are those areas within the Apartment to which you have access without going into another Bedroom and, within the Apartment Community, those areas to which all residents have general access);

      iii.   Your sole (if Bedroom is Private) or shared (if Bedroom is Shared) use of your furniture within your Bedroom; and your shared use of all appliances and furniture within the Common Areas of the Apartment; and

      iv.   Your shared use of the mail box assigned to you by Manager.

   However, within 1 day after we provide written notice to you, we have the right to relocate you from one Bedroom in the Apartment to another or even to another Apartment in another Building within the Apartment Community.

   In the event we approve your request to relocate to another Apartment within the Apartment Community during the specified Lease Term or at the end of your lease term, Manager will charge you (and you agree to pay) a $300 non-refundable Transfer Fee.

   b.   **Occupants.**  Only you can live in the Premises. You may not permit another person to live in the Premises or in the Apartment. The Premises will be used only as a private residence and for no other purpose. While you cannot lease any part of your Premises to another person, you may be able to transfer your rights under this Lease to another person if we give our written consent but the giving of our consent is at our sole discretion.  Even if we agree to the transfer, you will still be liable for all of the Rent and other obligations under this Lease unless we specifically agree in writing to release you. Our consent to one or more transfers will not be a waiver of our rights of consent to any future transfer.

   If the Apartment consists of more than one bedroom, we have the right, when any bedroom within the Apartment is unoccupied, to place a new resident in the unoccupied bedroom unless you and all other residents in the Apartment agree to pay us, as part of your respective Rent, the rent due and other charges due for such unoccupied bedroom. You are not allowed to use any vacant room in your apartment for any purpose whatsoever unless you are paying rent for the room. If we discover that you are using a room in your apartment that should be vacant, we have the right to charge an amount equal to 30 days rent for use of that room plus the cost of refurbishment. If this situation is discovered and none of the residents of the apartment claim responsibility, then the charges will be divided evenly among the leaseholders of the apartment. Multiple violations will result in multiple charges both for illegal use of the room and for refurbishment of the room.

   The fact that you and your roommates may be in conflict with each other will not result in your being able to terminate this Lease.

   Cohabitation/Co-ed living arrangements are prohibited.

   c.   **Condition on Starting Date.** An Unit Condition Form will be provided to you at the time that you move into the Premises. The Unit Condition Form is not considered a maintenance request or work order. You must complete a maintenance request or work order when returning your Unit Condition Form. Within twenty-four (24) hours of the day on which you move in, you need to tell us in writing on such form of any defects or damages in your Premises; otherwise, the Premises and the fixtures, appliances and furniture in the Apartment will be deemed to be in a clean, safe and good working condition and you will be responsible for defects or damages that may have occurred before you moved in. Except for what you tell us in writing on the Unit Condition Form by the end of the day following the day you move in, **you accept the Premises and the fixtures, appliances and furniture in the Apartment in their "AS-IS" CONDITION, WITH ALL FAULTS. WE MAKE NO EXPRESS WARRANTIES AND DISCLAIM ANY AND ALL IMPLIED WARRANTIES WITH REGARD TO THE PREMISES AND/OR THE FIXTURES, APPLIANCES OR FURNITURE IN THE APARTMENT.**

   d.   **Maintenance, Alterations, Room Decoration and Repairs**.

      i.   You are responsible for and will take good care of the Premises and the furniture in the Premises and Common Areas. You will not remove any of our property, and you will not perform any repairs, painting, wall papering, electrical changes or other alterations (other than for small nail holes in sheet rock for hanging pictures) of the Premises without our prior written consent.  We can require you to prepay or, if we elect, you agree to repay us, within 10 days after we send you an invoice, for the cost of all repairs made necessary by you, your guest's or any other person's violation of this Lease or the negligent or careless use of the Premises or any part of the Apartment Community including without limitation damages from waste water stoppages caused by foreign or improper objects in lines serving your bathroom, damage to furniture, appliances, doors, windows or screens, damage from windows or doors left open and repairs or replacements to security devices necessitated by misuse or damage by you or your guests (this includes damages that may have been caused to the Apartment by other residents of the Apartment if we cannot determine who did it). If you prepay, any overpayment will be applied against any amount that you owe us, and the remainder will be returned to you; if your prepayment was less than the cost incurred, you will pay us that amount within 10 days after we send you an invoice. You agree to leave the Premises at the end of the Lease in good condition, reasonable wear excepted. "Reasonable wear" means wear occurring without violation of this Lease, negligence, carelessness, accident or abuse. Your obligations to pay the charges described in this paragraph will survive after the ending of this Lease.

      ii.   Please be advised that you may not make any permanent alterations to your room or furniture unless approved in writing by Management. All residents must comply with the following regulations:

RESIDENT INITIALS

1. Possession of or use of candles, ember, glowing or open flame articles are prohibited in all university buildings, including residence halls/apartments.
2. Live trees and cut vegetation are prohibited (exceptions: cut flowers and/or house plants are acceptable for temporary display in a personal area as long as it does not create a fire of health hazard)
3. Artificial trees shall not block or obstruct an exit or passageway.
4. Any decorations on or around the artificial tree must be non-combustible or properly treated with fire retardant material.
5. Only approved lighting shall be used.
6. Any electrical lighting sets must bear the label of Underwriters Laboratories, Inc. (UL) and be in good condition (free of frayed wires, loose connections and broken sockets)
7. Light bulbs must be arranged so they do not ignite any combustible materials.  No combustible material can be near the bulb of any part of the electrical connection(s).
8. Lighting must be plugged directly into an outlet that is located in the room which is installed. (No cords are allowed to go from one room to another, including through a doorway, floor, or ceiling)
9. Lighting strings may not be plugged into one another.
10. Lights should not hang more than three inches from the ceiling.
11. No decorations can be connected to any smoke detectors, heat detectors, fire sprinkler heads or pipes, fire extinguishers, exit lights, or emergency lighting.
12. Clothing, banners, flags, blankets, lights, or messages may not be hung outside the building.
13. Ensure exits on not obstructed and that all exit lighting is visible
14. Elevator lobbies or stairways must be free of obstruction and combustible material.
15. Paper products should be fire retardant and decorations must be limited to no more than twenty-five percent of the wall space.
16. Decorations for holidays and celebrations should be of noncombustible material.  Combustible materials can be used only if the items bear a "flame-proof" label on the wrapper.
17. Extension cords are only to be used for temporary use, must be a minimum of 16 gauge or heavier with a ground three-prong plug, cannot run in series, and must not cause a safety hazard.

iii.   You must not disconnect or intentionally damage a smoke detector or remove the battery without immediately replacing it with a working battery. You are responsible for maintaining the smoke detector and keeping it in working condition.

iv.   Emergency Repair Notification: Call 911 in the event of any fire or life-threatening emergency. If repair/maintenance is needed to protect life or property, you are required to notify us immediately at the emergency notification number provided to you. You must notify us immediately of malfunction of utilities, fire, water overflow/intrusion/or leakage, standing water, excessive moisture, electric sparks/shorts, or any condition that you reasonably believe poses a hazard to the health or safety of you or others. You agree to complete a written notification within a reasonable time of the immediate emergency notification. Once we receive notice we will with reasonable diligence complete necessary repairs, but during that time you cannot stop payment or reduce the Rent unless otherwise allowed by law. Once you are aware of a dangerous situation, you must take reasonable steps to avoid injury and warn others.

v.   Non-Emergency Repair Notification: You must notify us promptly in writing at the Manager's address of any needed non-emergency repair or maintenance service (that is, one that does not pose a hazard to the health or safety of you or others). Additionally, you are required to notify us in writing promptly of: electrical problems, carpet holes, broken glass, broken locks or latches, broken furnishings or fixtures (if provided by us), and any repair or service required to keep the premises in good working order or prevent damage. Once we receive the written notice, we will act with reasonable diligence in making necessary repairs and reconnections, but during that time you cannot stop payment of or reduce the Rent unless otherwise allowed by law.

vi.   We may temporarily turn off equipment and/or interrupt utilities to your Apartment, your Building and/or the Apartment Community to avoid property damage or to perform work requiring such interruption as determined in our sole judgment. Neither we nor the Manager will be liable for any inconvenience, discomfort, disruptions or interference with your use of the Premises because we or the Manager are making repairs, alterations or improvements to the Premises, the Apartment, the Building or the Apartment Community.  If you request any repairs, and we approve such request, the repairs will be done during our usual working hours unless you request in writing that such repairs be done during other hours. If we approve such request you will have to pay in advance any additional charges resulting from such request.

vii.   **Neither we nor the Manager are liable to you or your guests for personal injury or loss of personal property, including any vehicle you own or use or in your care, custody or control,  from fire, smoke, rain, flood, water overflow/intrusion/or leakage, standing water , storm, hail, ice, snow, lightning, wind, explosion, or surges or interruption of utilities, except to the extent that such injury, damage or loss is caused by our gross negligence or willful misconduct or the gross negligence or willful misconduct of Manager. We urge you to obtain your own insurance for losses due to such causes.**

viii.   Resident agrees to take reasonable steps in order to prevent or minimize the growth of mold and mildew within the Apartment.  To prevent or minimize the occurrence and growth of mold in the Apartment, Resident hereby agrees to the following:

Resident shall (a) remove any visible moisture accumulation in or on the Apartment, including on walls, windows, floors, ceilings, and bathroom fixtures, (b) mop up spills and thoroughly dry affected area as soon as possible after occurrence, (c) use exhaust fans in kitchen and bathroom when necessary, and (d) keep climate and moisture in the Apartment at reasonable levels.

Resident shall clean and dust the Apartment regularly, and shall keep the Apartment, particularly the kitchen and bath, sanitary and dry.

Resident shall promptly notify Manager in writing of the presence of any of the following conditions:

- A water overflow/intrusion/or leakage, excessive moisture, or standing water inside the Apartment or any Common Areas.
- Mold or mildew growth in or on the Apartment that persists after resident has tried to remove it with household cleaning solution, such as Lysol or Pine-Sol disinfectants, Tilex Mildew Remover, or Clorox, or a combination of water and bleach.
- A malfunction in any part of the heating, air-conditioning, or ventilation system in the Apartment.

Resident shall be liable to Landlord for damages sustained to the Apartment or to Resident's person or property as a result

RESIDENT INITIALS

of Resident's failure to comply with the terms of this subsection.

x.  Resident shall be responsible for the cleaning and the cost of repair to any plumbing fixture where a stoppage has occurred. You shall be responsible for the cost of repair or replacement of the garbage disposal, if any, where the cause of damage is blockage of the mechanism.

xi. Resident agrees to maintain the premises in a manner that prevents the occurrence of an infestation of bed bugs and other pests. Resident shall immediately notify Manager in writing of the presence of bedbugs and any other pests.

- Resident agrees to keep the premises in clean and sanitary condition at all times and further agrees not to introduce any furniture or textiles from unknown sources into the apartment.

- Resident agrees to cooperate with Manager with timely access to the resident's dwelling to inspect, plan, and eradicate pests and Resident agrees to complete all tasks recommended by a qualified expert.

- Resident agrees to immediately notify Manager in writing of any signs of re-infestation or indications that treatment has been ineffective.

- Resident agrees that Resident may be responsible for all costs incurred to remedy any infestation that may occur including, but not limited to, professional pest control services and replacement costs of furnishings provided by landlord.

- Resident agrees that neither we nor Manager are liable to you or your guests for personal injury, damage, or loss of personal property related to pest infestation.

e.  **Move-out Condition/Abandoned Property.** When you leave, whether at or prior to the Ending Date, the Premises, including the windows, bathrooms, patios, balconies, kitchen appliances and furniture in the Common Areas, must be clean and in good repair and condition. If you fail to clean the Premises or if any furniture or appliances have been damaged, then you will be liable for reasonable charges to complete such cleaning, repair or replacement. We recommend that you schedule a walk-through with Manager or a member of Manager's staff; if you do not, you agree to accept our assessment of damages and charges when we inspect the Premises. You may be present for our move-out inspection if you give us written notice that you would like to be present and schedule an appointment. If you leave any of your property in the Premises after you return legal possession to us, then that property shall be deemed to be abandoned by you and we can take such action as we desire and charge you for the costs incurred to keep, sell or dispose of such property without our being liable to you. In all other instances, any property left behind by you will be administered according to applicable law.

f.  Sublease. Notwithstanding anything set forth herein to the contrary, you acknowledge that this Lease is a sublease. Landlord does not own fee simple title to the Apartment Community, but rather leases the Apartment Community from Arizona Board of Regents, for the benefit of Arizona State University ("ASU"), which owns fee simple title to the Apartment Community, pursuant to a lease agreement (the "Master Lease") between Landlord, as lessee, and ASU, as lessor. This Lease is subject to the Master Lease, and in the event of any termination of the Master Lease, then this Lease shall automatically terminate. You acknowledge A.R.S. Section 33-1308, you waive the protections of Arizona landlord/tenant law, and you agree that this Lease may be terminated without Landlord having to obtain a court order.

g.  **ASU Policies and Procedures.**   You agree as follows:

i.  You will abide by ASU's promulgated code of conduct relative to all student residents and all other applicable relevant promulgated policies set forth on ASU's official website.

ii. You will abide by ASU's promulgated code on weapons, explosive devices and fireworks under which ASU prohibits the use, possession, display or storage of any weapon, explosive device or fireworks on all land and buildings owned by ASU, including the Apartment Community. ASU's current promulgated code can be found at the following website: http://www.asu.edu/aad/manuals/pdp/pdp201-05.html.

iii. You are subject to ASU's judicial process procedures.

Any violation of the foregoing policies or procedures shall constitute a default under this Lease.

2.  **LEASE TERM.** This Lease starts on the Starting Date, and ends at noon on the Ending Date (the fact that you are no longer a student does not shorten the term or reduce or limit your liability), but you may not occupy your Premises until this Lease and other required documents have been fully signed by all parties.

**If you intend to leave the Premises permanently prior to the Ending Date and you want us to return to you any remaining Security Deposit, you must provide the Manager with 30-days advance written notice of the specific date you will be leaving and you must pay all Rent through the Ending Date by the time that you move out. Telling us about your leaving without delivering to us written notice is not sufficient. Even if you give proper notice you are not released from liability under this Lease and we can withhold your Security Deposit unless all payments through the Ending Date have been made.**

If you move out before the Ending Date, your Rent for the remainder of the Lease Term is still payable by you to us as you have violated the Lease. A buy-out clause or cancellation fee is not applicable. You may be able to release your rights under this Lease for the same terms and conditions to another person provided the Manager gives written consent, but our consent is at our sole discretion. The new applicant must be approved by the Manager. Your obligations will be terminated under this lease contract once the new applicant has been approved, moved in and paid the first month's rent. Should your request to transfer your rights under this Lease be approved, you also have to pay us a reletting charge equal to $200.00, which charge will be used to partially defray our costs in making the Premises available for reletting and for reletting the Premises. The Reletting charge is not a cancellation fee, buy-out fee or a limitation of damages collectable by us.

If you still occupy the Premises after the Ending Date, the date contained in your Move-Out Notice, or the date on which we notify you to leave the Premises, you will owe us an extra fee in the amount of $75.00 for any portion of each subsequent 24 hour period that you occupy the Premises beyond your Ending Date (such sum is payable daily in advance), plus all of our damages resulting from your holding over and the damages of the person who was unable to move in because of your holdover. Any such holding over shall not be deemed to be a renewal of the Lease Term or deemed to establish you as a month-to-month tenant; rather, any

RESIDENT INITIALS

such continued occupancy shall be on a day-to-day basis.

3.  **RENT AND ADDITIONAL CHARGES.** You will pay us the Rent (Base Rent, and any other fees or charges which are payable by you at the same time installments of Base Rent are payable) on or before the date on which it is due and without us having to make demand for payment. All checks should be made payable to Landlord. The Rent is payable at the Manager's office at the Manager's Address (or at such other place as we may notify you in writing). **Except as provided by law, you have no right to withhold or offset any part of your Rent for any purpose, even an Act of God, or to reduce any Rent payable to us by any of your costs or damages.** At our option, we can require that Rent, fees, or charges payable to us be paid in either certified or cashier's check, money order or personal check. In addition if two (2) of your personal checks for Rent are returned to us due to insufficient funds, we will require that all money payable to us be paid in either certified or cashier's check or money order. **Cash will not be accepted.**

    a.    Regardless of whether it is a holiday or weekend, Rent is due on the first (1st) day of each month. Rent is late if Rent is received by Manager on or after the fifth (5th) day of the month, and Manager will charge you (and you agree to pay) an initial late charge of $30.00; in addition, from and after the sixth (6th) day of the month, Manager will charge you (and you agree to pay) $5.00 per day until you have paid everything that you owe. You also agree to pay a $25.00 charge for each returned check (plus any fees charged to us by our bank) plus the above late charges until we receive acceptable payment.

    b.    At our option and without notice to you, any payment that we receive may be applied first to your obligations which do not constitute Rent and, then to Rent (with any past due Rent being paid first), regardless of whether or not you have made notations on checks or money orders and regardless of when or how the obligation came about.

    c.    While we do not have to, we can accept partial payment of Rent, but we do not waive our rights to collect and enforce the payment of the remainder of such Rent. You agree to sign any documentation necessary for us to accept a partial payment of Rent. The fact that the Manager may accept a partial payment does not imply that the Manager accepts the account as being current. In the event that your Rent is not paid in full, Manager will charge you (and you agree to pay) late fees on any outstanding balance. In addition, Landlord's acceptance of any check marked "final payment" or "paid in full" does not absolve Resident of any outstanding balance.

    d.    You are liable for all costs or charges associated with our having to provide special services to you or at your request and for all fees or fines as described in the Apartment Community Rules and Regulations (the "Rules and Regulations"), which are attached to this Lease as Exhibit A.

4.  **SECURITY DEPOSIT.** As a condition to the effectiveness of this Lease, you must deposit with the Manager the Security Deposit (this may have been paid at the time you completed your application for this Lease) as partial security for all of your obligations under this Lease. **The Security Deposit will not be our limit of damages if you violate this Lease, and you may be liable for damages in excess of the Security Deposit.** Among other items, the cost of labor and materials for cleaning and repairs, in excess of "normal wear" and the amount of delinquent payments of Rent and other charges, and late charges, may be deducted by us from the Security Deposit. If the Security Deposit is reduced because we have applied all or part of it to your unpaid obligations, you agree that you will deposit with the Manager, within 3 days after written demand by Manager, the funds necessary to restore the Security Deposit to its full amount. You cannot use the Security Deposit to offset or pay in advance any Rent or any other charges under this Lease, but we can use, if we want to, all or any part of the Security Deposit for any of your unpaid obligations. You agree that we have 14 days (excluding weekends and legal holidays) after the later of (a) expiration or termination of this Lease, (b) surrender of the Premises (including return of all keys and physically vacating the Premises) and (c) demand by you, to return any unused portion of the Security Deposit to you. Along with that return, we will provide to you a description and itemized listing of deductions that we have made from the Security Deposit. If we sell our interest in the Apartment Community and your Security Deposit is transferred to the new owner, we will not have any further liability to you for the return of all or any portion of the Security Deposit, and you must look to the new owner for return of the Security Deposit.

5.  **UTILITIES.** We agree to furnish water, sewer, trash removal from designated collection points, basic cable television, and Internet service for the Apartment. If it is necessary for us to pay any costs or repairs due to your failure to pay; failure to activate any utility under your name; or if you disconnect any utility before the lease end date; then you will reimburse us for such amount plus $25.00 (for administrative costs) and the total amount is payable by you to us as additional Rent. You are responsible to pay for all utilities during the lease term even if you move out prior to the ending date. At Landlord's option, and only to the extent permitted under applicable laws, Tenant may be pre-billed for the estimated amount of charges above the applicable utility conservation cap for the last 60 days of the Lease term, to be calculated based on prior utility charges within the Unit and in accordance with any applicable utility billing laws and regulations. The entire utility costs above the cap amount will be apportioned by occupants of the unit. We are not responsible for any discomfort, inconvenience or damage of any kind caused by interruption or failure of these services. You must separately pay and provide required deposits for all other utilities, town services, town fees, electricity, charges for local and long distance phone service, additional or private lines, information, and 911 calls. We are not responsible/liable for your use of the Internet. All utilities may be used only for normal household purposes and must not be wasted, and, within one business day after you move in, utilities payable by you must be placed in your name or the name of one or more of the residents of the Apartment for the full Lease Term. If at anytime we use an outside vendor to provide utility billing services, we have the right to charge you up to $30 per year for such services, and such amount will be payable by you to us as additional Rent. The electrical service provider will separately meter the Apartment for electricity and you and the other residents of the Apartment will be billed and required to pay those utilities directly to the appropriate utility company during the Lease Term.

6.  **IDENTIFICATION REQUIREMENTS.** Residents and guest(s) of the Apartment Community, when requested by management, must present a valid picture ID. Failure to do so may result in temporary and/or permanent guest removal from the Apartment Community. All Residents and guest(s) are required to be in possession of identification at all times. Please refer to the Student Code of Conduct for information regarding false identification.

7.  **KEYS.** Residents are responsible for the security of **their** Apartment **and** Bedroom. Each resident is issued keys upon check-in and is responsible for returning issued key(s) upon check-out. Replacement cost for a Bedroom key is $25.00 Replacement cost for a Mailbox key is $5.00 and lock change is $25.00.

    1 Bedroom and Efficiency lock change is $60.00, 2 Bedroom lock change is $120.00, 3 Bedroom lock change is $160.00 and a 4 Bedroom lock change is 185.00.

8.  **LIABILITY/INDEMNITY.** Neither **we nor** the Manager, or our respective **employees, agents and affiliates,** will be liable to you

RESIDENT INITIALS

or any of your guests for injury, damage, or loss to person or property caused by, arising from, or associated with the criminal conduct of you or other persons, including without limitation theft, burglary, assault, vandalism, or other crimes, or your personal conflict with your roommates. We have no duty to remove ice, sleet or snow, but we may do so in whole or in part, with or without notice to you. **EXCEPT FOR LANDLORD'S LIABILITY ARISING UNDER APPLICABLE LAW, YOU, FOR YOURSELF AND FOR YOUR GUESTS, RELEASE US AND THE MANAGER, AND OUR RESPECTIVE SUCCESSORS AND ASSIGNS AND OUR AND THEIR RESPECTIVE EMPLOYEES, OFFICERS, DIRECTORS AND AFFILIATES (collectively, the "RELEASED PARTIES") FROM ANY AND ALL CLAIMS AND/OR DAMAGES (i) FOR LOSS OR THEFT OF YOUR OR YOUR GUEST'S PERSONAL PROPERTY AND/OR AN OWNED OR OPERATED VEHICLE, AND/OR (ii) WHICH MAY ARISE OUT OF ANY ACCIDENTS OR INJURIES TO YOU, MEMBERS OF YOUR FAMILY OR YOUR GUESTS, IN OR ABOUT THE PREMISES, THE APARTMENT, THE BUILDING OR THE APARTMENT COMMUNITY, EVEN IF SUCH CLAIM OR DAMAGE WAS CAUSED IN WHOLE OR IN PART BY THE NEGLIGENCE OF THE RELEASED PARTIES. YOU ASSUME FOR YOURSELF AND ALL MEMBERS OF YOUR FAMILY AND YOUR GUESTS, ANY AND ALL RISKS IN CONNECTION WITH USE OF THE APARTMENT, THE COMMON AREAS, THE APARTMENT COMMUNITY OR THE APARTMENT COMMUNITY'S RECREATIONAL FACILITIES OR OTHER AMENITIES, IT BEING UNDERSTOOD THAT ALL SUCH FACILITIES AND AMENITIES ARE GRATUITOUSLY SUPPLIED FOR YOUR USE, AND AT THE USER'S SOLE RISK.**

**YOU HEREBY INDEMNIFY LANDLORD AND MANAGER AND EACH OF THE RELEASED PARTIES FROM AND AGAINST ANY AND ALL CLAIMS, LIABILITIES, ACTIONS, COSTS AND DAMAGES WHICH WE OR ANY OF THEM MAY SUFFER OR INCUR AS A RESULT OF YOUR NEGLIGENCE, WILLFUL MISCONDUCT AND/OR VIOLATION OF THIS LEASE.**

**If Resident files suit against us and a judgment is found in our favor, the Resident will pay all legal fees we incurred in defense of the suit. Resident also waives his/her right to a jury trial.**

9.     DEFAULT AND REMEDIES. You are in violation of this Lease if:

a.     You fail to pay Rent or any other amount owed under this Lease as and when required by this Lease;

b.     You or your guest(s) violates this Lease, the Rules and Regulations or other Exhibit to this Lease, any apartment or amenity rules, or fire, health or criminal laws, codes, and regulations, regardless of whether arrest or conviction occurs;

c.     Any of the utilities which are payable by you or the other residents of the Apartment are not paid on a timely basis or are disconnected or shut-off;

d.     You fail to move into the Premises after completion of all required documentation, or you abandon the Premises. We may assume that you have abandoned the Premises if your personal property has been removed from the Premises and/or you are not living in the Premises;

e.     You or the Guarantor have made any false statement or misrepresentation of any information supplied to us or it is discovered that the lease document was tampered with or modified in any way without consent of Landlord;

f.     You or your guest is arrested for a felony offense involving actual or potential physical harm to a person, or a felony or misdemeanor offense involving possession, manufacture or delivery of a controlled or hazardous substance, marijuana, or illegal drug paraphernalia as defined by applicable law;

g.     Any illegal drugs or illegal drug paraphernalia are found in the Premises (whether or not we can establish possession). Arizona state law and university policy prohibits student involvement in the use, possession, distribution, presence of, or sale of illegal drugs and/or paraphernalia;

h.     You create a nuisance or disturbance within the Apartment or the Apartment Community;

i.     You fail to pay any fine within 10 days after it is levied in accordance with this Lease or the Rules and Regulations; or

j.     A resident establishes an unacceptable pattern of misconduct when he/she is frequently documented for violations of policy. Although individual offenses might be minor, the pattern is considered chronic misbehavior. A pattern of chronic misbehavior, irresponsible conduct, or manifest immaturity may be interpreted as a significant disciplinary problem and can result in termination of the Lease Agreement.

g.     You damage or steal an exit sign or steal or use a fire extinguisher in a non emergency situation.

If you are in violation of this Lease, we can, without demand or notice (other than as provided in this paragraph or as otherwise required by applicable law) in addition to other remedies allowed and to the extent permitted by applicable law, do any or all of the following:

a.     Collect any fine imposed by the Rules and Regulations;

b.     Bring a legal action against you to collect past due Rent and any other damages we have incurred because of your violating the Lease;

c.     Terminate your right to occupy the Premises, institute an action for eviction, without terminating the Lease or your monetary obligations for the Premises by giving you written notice providing 48 hours for you to vacate the Premises;

d.     Bring a legal action against you to collect all unpaid Rent and other sums which would become due until the Ending Date of the Lease or until another person takes occupancy (and then, we can still recover from you the difference between the Rent you were required to pay and the Rent actually paid by the new resident, together with any expense we incur to relet the Premises);

e.     Terminate the Lease and your right to occupy the Premises and institute an action for eviction, by giving you written notice and providing 24 hours for you to leave;

f.     Report all violations to credit reporting agencies;

g.     Report all violations to Arizona State University Officials which may adversely affect the Resident's status as a student; and/or

RESIDENT INITIALS

h.      Report all violations to criminal/judicial authorities.

The exercise of any remedy by us shall not be deemed to exclude or waive our right to exercise against you any other right or remedy which we might have. After we give you notice to leave the Premises or if we file an eviction suit, even it we accept Rent or other sums due, such acceptance does not waive or diminish our continuing rights of eviction or any other contractual or statutory right unless we specifically agree to it in writing.

In the event we bring an action against you because of your violation of this Lease, we can recover all costs or fees involved, including reasonable attorneys' fees, as part of any judgment.

10.   **LANDLORD'S RIGHT TO ENTER**. In the event of an emergency, or if it is otherwise impractical to provide any required notice, both we and the Manager, and our respective agents, employees, repairers, servicers and representatives may, without notice, at any time, enter the Premises. Rooms may be entered to respond to an emergency situation and appropriate administrative requirements, including maintenance, pest control, safety, health concerns, Student Code of Conduct violations, or to search for university property.   The entry can be gained by use of a passkey or other means (to include disarming any intrusion alarm, if applicable, or by breaking a window or other means if locks have been changed in violation of this Lease, and you will be liable for any damage caused thereby). With forty-eight (48) hours prior written notice to you, we and/or the Manager can also enter the Premises to show a Bedroom or the Apartment to government inspectors, lenders, prospective buyers, prospective residents, other tenants or insurance agents or to perform maintenance, repairs or pest control.

In addition Manager will cooperate with outside agencies operating under a legal search warrant.

11.   **FIRE OR OTHER CASUALTY**. If in our reasonable judgment, the Premises, the Building or the Apartment Community is materially damaged by Fire or other casualty, we may terminate this Lease within a reasonable time after such determination by giving you written notice of such termination. If we terminate the Lease, and you did not cause the loss, we will refund prorated, prepaid Rent and the Security Deposit, less lawful deductions. If we determine that material damage has not been caused to the Premises, the Building or the Apartment Community, or, if we have elected not to terminate this Lease, we will, within a reasonable time, rebuild the damaged improvements. During such reconstruction, there shall be a reasonable reduction of the Rent for the unusable portion of the Premises unless you or your guest is the cause of the fire or casualty.

12.   **SUBORDINATION**. The lien of any lender(s) of loans secured by our interest in the Apartment Community will be superior to your rights as a tenant under this Lease. Therefore, if we violate the loan and a lender becomes the owner of our interest in the Apartment Community, such lender may terminate this Lease or it may elect to continue this Lease. Your rights under this Lease are therefore subject to the rights of the lender(s) of loans secured by our interest in the Apartment Community.

13.   **RULES AND REGULATIONS**. You and your guests must comply with all written rules and policies which we adopt for the Apartment Community, including without limitation the Rules and Regulations.  These rules and policies are considered to be a part of this Lease and we can revise, change, amend, expand or discontinue the rules and policies at any time at our sole discretion by posting a notice for 30 days on a bulletin board or other area that we designate for notices to residents or by written notice to you.

14.   **SALE OF APARTMENT COMMUNITY**. Any sale of the Apartment Community or our interest therein shall not affect this Lease or any of your obligations, but upon such sale we will be released from all of our obligations under this Lease and the new owner of the Apartment Community or such interest therein will be responsible for the performance of the duties of Landlord which arise from and after the date of such sale.

15.   **RESIDENT INFORMATION**. If you or the Guarantor has supplied information to us by means of a rental application or similar instrument, you represent that all such information is true and correct and was given by you and the Guarantor voluntarily and knowingly. If someone legally requests information on you or your rental history for law enforcement, governmental or business purposes, we can provide it.

Residents are expected to provide accurate and truthful information and to comply with the directions of university official or agents (which includes Vista del Sol staff, law enforcement, or courtesy officers) who are acting in good faith and in the performance of their duties.

16.   **LIABILITY OF RESIDENTS**. Each resident of an Apartment is jointly and severally liable with the other residents of the Apartment for all lease obligations relating to Common Areas; however only you are liable for the lease obligations relating to your Bedroom and the payment of your Rent and other payment obligations under this Lease.  You are not liable for any of your fellow resident's obligations as to their bedroom or their rent payable to us. Your bedroom has been assigned to you by the Landlord.  If you fail to move into the correct bedroom, or elect to switch rooms with a roommate, you are still responsible for the room that you were assigned to. We will not rearrange room assignments. Any damages to the room that you were assigned to are entirely your responsibility. Residents are responsible for any damage/violations caused by their guests.

17.   **LIABILITY OF LANDLORD**. If we violate this Lease, before you bring any action against us for such violation, you must first give us written notice of the nature of our violation and allow us 30 days to cure it.

18.   **SAFETY**. WE AND/OR MANAGER DO **NOT** GUARANTEE YOUR SAFETY OR SECURITY.  YOU MUST EXERCISE DUE CARE FOR YOUR SAFETY AND SECURITY AND THE SAFETY AND SECURITY OF OTHERS. PLEASE READ THE SAFETY GUIDELINES ATTACHED TO THIS LEASE. **None of our safety measures are an express or implied warranty of security or a guarantee against injury, loss, crime, or of a reduced risk of crime.  You acknowledge that Manager and we are not liable to you or your guests for injury to persons or damage or loss to property caused by other parties, including criminal conduct of other persons. Manager and we are not obligated to furnish security measures of any description or form including personnel, lighting, alarms, gates, fences, or notices of criminal activity or suspicious events. You acknowledge that we can discontinue any of such items provided at any time without notice. You acknowledge that the premises are not a security building and that you do not hold Manager or us to a higher degree of care.  YOU ARE RESPONSIBLE FOR YOUR OWN SAFETY AND SECURITY.**

19.   **GENERAL**. With regard to all provisions of this Lease, time is of the essence (this means that timing is very important in the performance of all matters under this Lease, and all deadlines will be strictly enforced). Your execution of this Lease confirms that no oral promises, representations or agreements have been made by us or any of our representatives. This Lease is the entire agreement between the parties. We make no representations or warranties that all residents of the Apartment Community will be students.  Our representatives (including management and leasing personnel, employees, and other agents) have no authority to waive, amend or terminate this Lease or any part of it and no authority to make promises, representations or agreements which impose duties of security or other obligations on us. All Lease obligations are to be performed in the county where the Apartment

RESIDENT INITIALS

Community is located and this Lease shall be governed by and interpreted under the laws of the state in which the Apartment Community is located. Unless this Lease clearly states otherwise, all sums owed by you are due upon demand. Our delay in enforcing, or failure to enforce, our rights shall not be a waiver under any circumstances of our future right to enforce such rights. Omission of initials as indicated throughout the Lease will not invalidate this Lease. If any part of this Lease is not valid or enforceable, it shall not render the remainder of this Lease invalid or unenforceable.

20. **MANAGER/NOTICES.** Manager is the Manager of the Apartment Community, but Manager is not responsible or liable for the Landlord's obligations under this Lease. Any notices you need to send to us under this Lease (other than service of process on us) are to be delivered to Manager. All notices delivered under this Lease must be delivered by personal delivery or certified mail, return receipt requested and will be considered delivered and received upon actual receipt. All notices to you can be delivered to your Apartment and/or to your mailbox. The Manager is not authorized to accept service of process on behalf of Landlord. Landlord's address for purposes of service of process on Landlord is as follows: c/o American Campus Communities, 12700 Hill Country Blvd, Suite T-200, Austin, TX 78738, Attention: Senior Vice President of Management Services.

21. **MODEL DISCLAIMER.** The model apartment unit (located at the leasing office or within the Apartment Community), including but not limited to, the carpet, floor coverings, paint, counter tops, fixtures, appliances, furniture and window treatments, shown to Resident is intended to be representative of the general quality, quantity and type of construction and materials which Landlord intends to use in the apartment unit to be leased to Resident. The actual colors, styles, sizes, shapes, models, designs, materials, manufactures, upholstery, windows and window treatments of these items in the apartment unit to be leased to Resident may vary. The actual apartment to be leased may vary in approximate size, square footage, and layout. Resident acknowledges that the actual apartment to be leased will not include the recessed or can lighting, lamps, pictures, clothing, unattached appliances, other personal property, and decorations contained in the model for display purposes. The actual furniture provided may vary by number of beds and baths leased by resident.

22. **TANNING DEVICE REGULATIONS & WARNINGS**

**Use of the tanning facility by you is subject to the following:**

- IF YOU DO NOT TAN IN THE SUN, YOU ARE UNLIKLEY TO TAN FROM USE OF THIS DEVICE.
- You must be 18 years of age, or older. If you are not 18 or older, you agree that it is your responsibility to notify us, and to provide us with a written parental consent before using the tanning facility.
- Follow the manufacturer's instructions for the use of this device.
- You must wear protective eyewear. Your failure to use eye protection made for indoor tanning may result in severe burns or permanent damage to the eyes.
- Overexposure to ultraviolet light (whether from natural or artificial sources) may result in premature aging of the skin.
- Repeated exposure to ultraviolet light (whether from natural or artificial sources) may result in skin cancer.
- Abnormal skin sensitivity or burning may be caused by reactions of ultraviolet light to certain: (i) foods; (ii) cosmetics; or (iii) medications, including, but not limited to: tranquilizers, diuretics, antibiotics, high blood pressure medicines, or birth control pills.
- If you are taking a prescription or over-the-counter drugs, you should consult a physician before using a tanning device. Medications or cosmetics may increase your sensitivity to ultraviolet radiation from sunlamps.
- If you are pregnant, you should consult a physician before using a tanning device. Pregnant woman or women using oral contraceptives who use this product may develop discolored skin.
- If you have abnormal skin sensitivity or a history of skin problems or are prone to easy burning when in the sun or a tanning device, you should consult a physician before using the tanning device.
- You can only tan 1 time within a 24 hour period.
- Do not sunbathe before or after exposure to ultraviolet radiation from sunlamps.
- You may only use tanning lotion or oil that is for indoor use ONLY! If we find that you are using outdoor lotion we will give you one warning and if we find it again you will be banned from tanning.

Precautions are necessary for safe tanning. I agree that I will comply with all instructions on the use of the UVA tanning systems, and that I am using these services at my own risk, and protecting my vision by using protective eyewear.

We, and our employees and agents, are not liable for any injury to person or property caused in any way by the use of its services or its premises. Also they are not liable for the loss or theft of any personal property. Each person is responsible for safeguarding his or her own property. I acknowledge that I have read and that I understand the foregoing warning.

23. **SPECIAL PROVISIONS. (FOR MANAGER USE ONLY)** The following special provisions have been added to and are a part of this Lease:

_____

_____

_____

_____

RESIDENT INITIALS

EXHIBIT A

## APARTMENT COMMUNITY RULES AND REGULATIONS

The following Rules and Regulations are a binding part of your Lease. We provide these Rules and Regulations for your benefit and the benefit of the other residents. Please understand that any violation of one of these Rules and Regulations by you or your guest constitutes a violation of the Lease and Landlord may proceed with an eviction action or other legal proceedings provided for under the Lease and provided by law. Violation of these Rules and Regulations could result in injury or death to you and others or property losses. **YOU ACKNOWLEDGE THAT YOU ARE RESPONSIBLE FOR AND ACCEPT FULL LIABILITY FOR ANY INJURY, DAMAGE, CLAIM OR ACTION RELATED TO YOUR VIOLATION OF ANY OF THE APARTMENT COMMUNITY RULES AND REGULATIONS.** Defined terms used herein, which are not otherwise defined herein, shall have the meanings ascribed to them in the Lease.

### USE AND CONDITION OF APARTMENT AND PREMISES/MAINTENANCE

1. Windows and doors shall not be obstructed, and use of foil or other similar materials over windows is prohibited. If Landlord provides blinds on windows, you may not remove such blinds. If Resident installs draperies over the blinds, any damage will be repaired by the Resident or at Resident's expense. No article, sign, poster, decoration or article or thing may be hung or placed on the outside of an Apartment, or displayed on the inside of an Apartment so as to be visible from the outside of an Apartment. Screens, if provided, must remain in place at all times. Residents in rooms where screens are removed will be billed for repair/replacement and will be subject to disciplinary action. Throwing any object, solid, or liquid, out of a window or off any balcony is strictly prohibited.  Clothing, banners, flags, lights, or messages may not be hung or posted outside of the buildings.

2. Damage to property, including but not limited to paint, plaster, walls, appliances, doors, cabinets, carpets, floors or furniture, or damage to any part of the Premises caused by leaving windows or doors open during inclement weather will be the responsibility of the Resident.  Resident may not remove any furniture, equipment or appliances from the Apartment. Residents cannot paint or wallpaper any of the walls in the apartment. If violation occurs this will result in fines and charges to repaint.

3. Balcony areas are to be kept in a clean and orderly manner. Balconies are not to be used as storage areas and articles must not be hung over railings.  No trash may be kept on balconies or patios at any time. Only patio furniture may be kept on balconies. No one is allowed to throw any objects from patios, balconies, or windows. Kegs are not permitted anywhere on premises including g balconies or patios. Furniture provided by the apartment community may not be stored on balconies. Objects such as bicycles and coolers may not be stored on balconies. If a violation occurs this will result in fines. Balconies are subject to fines at Landlords discretion.

4. All light bulbs and tubes must be operational during the durations of the lease term as well as the time the Resident vacates the Premise. Holiday lights and other decorations are not permitted unless designated by the Manager as appropriate and must be immediately removed upon request by the Manager or with the passing of that specific holiday. Colored bulbs are not allowed in balcony lights or other outside lights.

5. Welcome mats may be placed in front of doors, but rugs or carpet remnants are not permitted.

6. Residents may not distribute post or hang any signs or notices in any portion of the Apartment Community, without approval from the General Manager.

7. No electrical or telephone wiring may be installed within the Apartment.  Absolutely no holes may be drilled within the Premises (including without limitation outside or inside walls, roof, windows, or balcony railings).

8. Locks may not be changed or added by a Resident without prior written permission of Landlord. Locks and the appropriate key (card) s, and/or chains added must be left in place upon vacating the Premises. Keys to changed locks will be deposited with the Landlord.  If Resident should lose the front door key; Landlord requires that the front door lock will be changed; Resident will be responsible for all costs associated for said lock change. Resident will be fined for after hour lock outs. All keys and, if applicable, gate cards, access cards must be returned to Landlord in person no later than noon on the ending date of the contract or upon termination of occupancy, or Landlord may impose a reasonable charge.  No keys or access cards will be accepted by mail.

9. Solicitation shall not be permitted at the Apartment Community, either by Resident or outside solicitors. Resident shall not, without the express written consent of Landlord (which may be withheld in Landlord's sole discretion) distribute or post any handbills, signs or flyers, nor send any mass or global emails to the other residents.

10. If your Apartment contains an overhead sprinkler system, you must take care not to unintentionally trigger the overhead sprinkler system in your Apartment. DO NOT hang items from the overhead sprinklers.  A simple depression of the sprinkler head will result in a total draining of water from the system. Neither the Manager nor we will be responsible for any damage incurred from such situations. You will be responsible for all damage to your personal property as well as for the cost to repair all damage to your Apartment and any other apartment and the Apartment Community, resulting from your triggering the overhead sprinkler system as provided in FIRE SAFETY/SAFETY, below.

11. You must dispose of all trash in the proper bins in various collection areas in the Apartment Community. Do not leave trash around the outside of your Apartment or in the Apartment Community. Landlord will impose a fine of $25 per item and/or bag of trash per violation of this provision as well as for any littering by Resident or Resident's guests.

12. Resident must keep all utilities to the Premises active through the end of the lease term regardless if you choose to vacate the Premises before the lease end date; you cannot turn off your utilities if you

RESIDENT'S INITIALS

leave, even for vacation. Unless we instruct you otherwise, you must, for 24-hours a day during freezing weather, (a) keep the Apartment heated to at least 60 F., (b) keep cabinet and closet doors open; and (c) drip hot and cold water faucets. You are liable for damage to your property and the property of others if the damage is the result of the utilities being turned off or because of broken water pipes due to your violation of these requirements.  During periods of excessive heat you must keep your Apartment at or below 90 F.

13.  Pets, owned or visiting, are not allowed in the Apartments or on the Premises at any time, with the exception of approved service animals. Approval must be granted prior to service animal entering or residing on the premises. The following rules shall apply to a violation of this policy:

a.   First violation: A written warning will be issued to the Resident specifying the complaint, a $250.00 per pet charge will be assessed against all Residents and the Landlord may, in its discretion, declare Resident to be in default under the Lease.   Please note that failure in the timely removal of the pet from the Apartment may result in the enlisting of animal control services. Pets must be removed from the Premises within 24 hour written notice by Landlord. Resident will also be responsible for cleaning and/or replacing the carpet and/or any furniture due to any damage resulting from a violation of this requirement. Resident will be charged (and agrees to pay) for flea treatment on the Premises.

b.   Second violation: Landlord will declare the Resident to be in default under the Lease and all Residents will be responsible for any and all damages caused by the unauthorized pet; including, but not limited to furniture cleaning and/or replacement and carpet cleaning and/or replacement. Resident will be charged a second violation charge in the amount of $500.00 per pet.

14.  Residents are prohibited from possessing or consuming alcohol; or, hosting or being in the presence of others consuming alcohol in any of ASU's residence halls/apartments or on ASU grounds.  In addition, all provisions of Arizona state law regarding alcohol are in effect at all times including but not limited to the minor in possession, minor in consumption, and public consumption laws.
Devices designed for rapid consumption of alcohol (e. g. , beer bongs, funnels, etc.) are prohibited and subject to confiscation. Kegs and other common source containers are prohibited.  Keg cooling devices are also prohibited.  Due to health risks and the negative message sent to minors, residents are not permitted to possess/decorate their rooms with empty alcohol containers and/or paraphernalia (e.g. neon signs, shot glasses, alcohol boxes, etc.).

Glass containers are not permitted in common areas of the Apartment Community.

15.  Bicycle storage is not permitted in the hallways.  Do not lock bicycles to exterior stair rails or block fire escapes.  Residents should lock bicycles to bicycle racks located throughout the Apartment Community. Neither ASU nor Management is responsible for damage to or theft of bicycles locked near or on housing facilities.

16.  Explosives, firearms, black or smokeless powder ammunition, and/or weapons of any type including but not limited to: knives, paint guns, air guns, CO2 guns, stun guns, tasers, martial arts weapons, mace, laser pointers, tear gas, sling shots, pellet guns, spring guns, B B guns and all other air powered weapons are prohibited in the Apartment Community and on ASU grounds.  Possession of a weapon is a felony and is grounds for immediate eviction of the Premises.

17.  Lofts are not permitted in the Apartment Community.

18.  Waterbeds are not permitted in the Apartment Community.

19.  Rollerblading, roller-skating, skateboarding, or biking inside the Apartment and indoor Common Areas is not permitted.  Playing with, throwing, bouncing, kicking, or rolling any ball, or using any sports equipment except in designated area inside the Apartment Community is also prohibited.  No wrestling, sparring, or rough play of any kind is permitted.

## INTERNET

Tenant acknowledges that if a network is provided that the network is a shared network.  The Provider, Landlord, or Manager does not edit, censor, review or take responsibility for any information Resident or Resident's guest may create, place on the Internet, or view.  Resident may not use the shared network to engage in any criminal/illegal/unauthorized activity.  Such violation constitutes a default by Resident under this lease.  Resident shall not attempt to degrade the performance of the network or hamper the ability of others to use the network.  Your use of the internet is at your sole risk and Manager and we are not responsible for your equipment, programs, or software. Manager is not responsible for outages due to natural causes or third party damages. Manager is not responsible for slow internet or other residents taking up significant bandwidth.

## GUESTS/DELIVERIES

Resident must notify Manager in writing of any expected guest(s), delivery service, maid service, etc. Oral permission requires a form of identification (e.g. social security number, birthday). Otherwise we may deny access into the Apartment Community and into your Apartment. No key will be given to any person, including guest(s), family members, delivery service, or maid service without prior written permission of Resident.

All guest(s) must be accompanied by the resident at all times while on the Premises. Overnight guests are welcome after consideration is given to the roommates' needs and rights.  Overnight guest(s) may not visit longer than three (3) consecutive nights not to exceed three (3) times in one month and may be asked to leave if they infringe upon the rights of the roommate(s) or if they are found in violation of the Rules and Regulations or Student Code of Conduct. If your guest has exceeded 3 consecutive days and/or 3 times in one month, you will receive a warning asking for your guest to be gone within a 24

RESIDENT'S INITIALS

hour period. If the situation is not remedied, you will be in violation of your lease which could result in default of the lease contract.

If we accept packages for resident it is only as a service and we are not responsible for their packages or deliveries. If packages or deliveries have not been picked up within 30 days of delivery Landlord may return to sender.

## COMMON AREAS

Use of common areas within the Apartment Community shall be governed by the rules and regulations posted in the common areas and shall be at the risk of Resident and Resident's family and guests. Resident and Resident's guests must comply with all posted rules and regulations for common areas and amenities. No guest shall be permitted at the clubhouse facilities unless the Resident is also present. No persons under the age of fourteen (14) will be allowed in any recreational area at ANY time, unless accompanied by an adult. **Resident does hereby indemnify Landlord and Manager, and hold Landlord and Manager harmless against all claims for personal injury sustained by Resident and Resident's family and/or guests in their use and enjoyment of the common areas or other provided facilities and amenities.** Glass containers pose a serious risk of injury and are **PROHIBITED** anywhere on the Common Areas of the Apartment Community.

## POOL REGULATIONS

Residents swim at their own risk. Manager does not provide life guards. Alcohol and glass containers are not permitted in the pool area. Use of the pool outside the posted designated hours is subject to disciplinary action. Failure to maintain the facilities, vandalism, or damages, may result in the closing of the pool and surrounding areas for all residents and may result in damage charges. Nudity is prohibited.

## FIRE SAFETY/SAFETY

1. DO NOT TOUCH, HANG ANYTHING FROM, OR OTHERWISE TAMPER WITH ANY FIRE PROTECTION OR SPRINKLER HEAD DEVICE. DOING SO COULD RESULT IN BREAKING THE DEVICE AND CAUSING TENS OF THOUSANDS OF DOLLARS IN DAMAGE TO THE COMMUNITY. IF IN OUR SOLE JUDGMENT YOUR OR YOUR GUESTS' OR FAMILY MEMBERS' TAMPERING WITH A DEVICE CAUSES ANY INJURY, LOSS, OR PROPERTY DAMAGE, YOU ACKNOWLEDE THAT YOU ACCEPT FULL LIABILITY FOR SUCH INJURY, LOSS, OR PROPERTY DAMAGE THAT RESULT FROM YOU OR YOUR GUESTS VIOLATION OF THIS RULE.

2. All grills (gas, charcoal, electric.) and smokers are prohibited within the apartment or on the balconies/patios. You are responsible for any injury, loss, or property damage caused by violation of this rule. If your use of community provided grills or grill areas results in any injury, loss or property damage **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR SUCH INJURY, LOSS, OR PROPERTY DAMAGE THAT RESULT FROM YOU OR YOUR GUEST'S VIOLATION OF THIS RULE.**

3. You may not store or repair any gasoline or gas-fueled vehicle, motorcycle, boat, moped, or other similar vehicle in the area of the Apartment Community. **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR INJURY, LOSS OR PROPERTY DAMAGE THAT RESULTS FROM YOU OR YOUR GUESTS' VIOLATION OF THIS RULE.**

4. Space heaters and other similar appliances are prohibited. Appliances that use excessive amounts of electricity and/or create excessive heat are prohibited. **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR INJURY, LOSS OR PROPERTY DAMAGE FROM YOU OR YOUR GUESTS' VIOLATION OF THIS RULE.**

5. The intentional sounding of any smoke alarm is prohibited unless the intentional sounding of the smoke alarm is related to smoke or fire or emergency. Resident must not disconnect or intentionally damage a smoke detector or remove the battery without immediately replacing it with a working battery. Resident is responsible for maintaining the smoke detector and keeping it in working condition. **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR INJURY, LOSS OR PROPERTY DAMAGE FROM YOU OR YOUR GUESTS' VIOLATION OF THIS RULE.**

6. Immediately call 911 in the event of a fire or life-threatening emergency.

7. Candles or any other burning devices are not permitted within the apartment. Neither the Manager nor we will be responsible for any damage incurred from such situations. This includes hookahs, shishas, and all other smoking devices. You agree to properly dispose of cigarettes within your apartment and the community, smoking is prohibited in clubhouse, office areas and amenities. **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR INJURY, LOSS OR PROPERTY DAMAGE FROM YOU OR YOUR GUESTS' VIOLATION OF THIS RULE.**

8. Storage of any flammable, hazardous, or explosive materials strictly prohibited. **YOU ACKNOWLEDGE THAT YOU ACCEPT FULL LIABILITY FOR INJURY, LOSS OR PROPERTY DAMAGE FROM YOU OR YOUR GUESTS' VIOLATION OF THIS RULE.**

9. We do not provide first aid supplies or services, nor do we train our employees in CPR or first aid. We do not provide on-site emergency medical response.

10. Manager and we assume no liability or responsibility for loss or damage of a vehicle or its contents while parked or in operation on the premises.

11. You agree that Manager and we have no duty to inform you of local or national emergency conditions. If we inform you of an emergency condition, you agree that Manager and we have **NO DUTY OF PROTECTION FOR YOU.** If we inform you of a civil order to evacuate or in our judgment an evacuation is required to protect life or property and you fail or refuse to evacuate you have sole liability for any injury, loss, damage or claim from such failure or refusal to evacuate.

RESIDENT'S INITIALS  _KG_

12. Violations of these policies may result in fines or charges to repair damages caused by the violations from the Fire Marshall and from manager. Multiple violations may result in double fines.

## RENTAL INSURANCE

You are responsible for obtaining your own property, causality and liability insurance. All property kept or stored on the premises shall be at your own risk and you agree to indemnify and hold us harmless from any injury, loss, claims, demands, suits or, judgments arising out of damages to same, including claims by your insurance carrier. ASU does not offer insurance coverage for personal property. **WE STRONGLY ENCOURAGE YOU TO CARRY RENTER'S INSURANCE.**

1. You acknowledge that Owner/Manager have no responsibility for any damage or loss to Resident's personal property.

2. Please Initial, where is applicable:

       i. _____ I currently carry Renter's Insurance. Attached is a copy of my policy.

           a. Company: _____

           b. Policy No.: _____

           c. Expiration: _____

      2. _____ I presently do not have Renter's Insurance but plan to become insured for the Apartment/Suite I am renting. Proof of my policy will be given to the Owner/Management prior to Move-in.

      3. _____ I do not have a Renter's Insurance policy and do not plan to obtain a policy during my lease term. I understand that the Owner/Manager shall not be liable for personal injury, damage, or loss of personal property for any cause.

## VEHICLES/PARKING

1. Vehicles in use in the Apartment Community may not exceed a speed of 10 (5) miles per hour.

2. If Landlord designates certain parking areas within the Apartment Community as Resident Only Parking or Guest Only Parking, Resident acknowledges that Resident and/or Resident's Guest who violate these designations are subject to being towed at the expense and sole risk of the vehicle owner.

3. Residents and/or guests cannot park in reserved covered or uncovered parking spaces unless assigned by management. Resident acknowledges that Resident and/or Resident's Guest who violate these designations are subject to being towed at the expense and sole risk of the vehicle owner.

4. You cannot have more than one (1) vehicle in the Apartment Community at one time. If you improperly park your vehicle, it is subject to being towed away at your expense and sole risk.

5. If Landlord provides you with a vehicle identification decal or hang tag, it must be displayed as instructed by the landlord of your vehicle at all times and must be current (if applicable). If decal is not visible, your car is subject to be towed, even if you are paying for parking. Parking decal will not be accepted after keys have been turned in upon move out, items must be turned in at the same time to avoid replacement cost being charged by the property. Landlord may require the time and date to which items must be returned. If you do not turn in the old decal you will be charged for the replacement decal. It is the Resident's responsibility to pick up new decal. You must give up your vehicle identification decal when you move-out. In the event that you should sell your current vehicle, you will need to remove the decal and return it to the office before a replacement will be issued.

6. You cannot wash cars or other vehicles on the Apartment Community grounds, unless there is a designated car wash area. You cannot repair or perform other mechanical or maintenance work on a vehicle within the Apartment Community.

7. Trailers, campers, mobile homes, recreational vehicles, commercial vehicles (commercial trucks or equipment or vehicles that carry or are mounted with equipment used in a profession or employment, including taxis), trucks (other than a standard size or smaller pick-up truck or van), inoperable vehicles of any kind, boats, or similar equipment or vehicles, cannot remain on any area of the Apartment Community except for the temporary purpose of loading or unloading        of passengers or personal property. Vehicles violating this provision are subject to towing at the expense of the owner of the vehicle.

8. Landlord can regulate the time, manner and place of parking cars, trucks, motorcycles, bicycles, boats, scooters, trailers and recreational vehicles. Landlord can remove illegally parked vehicles or vehicles violating these regulations and have them towed away.

9. A vehicle is prohibited in the Apartment Community if it: has a flat tire or other condition rendering it inoperable; has an expired license or inspection sticker; takes up more than one parking space; belongs to a resident who has moved out of his or her Premises or has been evicted; is parked in a marked handicap space without the required handicap insignia; blocks another vehicle from exiting or entering; is parked in a fire lane or a non-designated parking spot, including but not limited to curbs, lawn, blocking storage facilities, in front of dumpster(s); or is parked in a space marked for or assigned to other resident(s) or bedroom(s).

10. Call the Manager to report a parking violation. The Manager may notify the towing company, which will, in accordance with the law, tow the vehicle at the expense of the owner and/or operator of the vehicle, if any of the following situations exist:

    a. The vehicle is parked in such a manner as to obstruct a fire lane; or
    b. The vehicle or motorcycle is obstructing an entrance, exit, space or aisle of the parking facility.

    c.   The vehicle or motorcycle is parked in a reserved parking space that is not assigned to the owner or operator of the vehicle or motorcycle.

    d.   The vehicle or motorcycle is parked in an apartment or apartment building.

11.  Manager is not responsible for incident occurring in or around adjacent parking structures or parking lots.

## OTHER RULES AND REGULATIONS/PROHIBITIONS

1. **Neither you nor your guests may make or permit to be made any loud, disturbing, or objectionable noises. Musical instruments, radio, phonographs, stereos, television sets, amplifiers and other instruments or devices may not be used in such a manner as may constitute a nuisance or disturb other residents. Management reserves the right at any time to fine, contact guarantors, or declares you in violation of the Lease due to excessive noise and disturbances**. The Manager and/or its agents on duty are the sole judge of excessive volume levels, and reserve the right to enforce these rules.

2. Neither you nor your guests may use the Common Areas, parking lots or grounds in such a manner that interferes with the enjoyment of other residents.

3. Any general noise disturbances, i.e. noise from pool music, parties, machinery, etc., should be reported to the Manager (during business hours) or the after hours phone number (after business hours). Instructions will be provided to contact the appropriate management personnel to handle the disturbance.

4. No gathering, unless sponsored by Owner or Manager, may exceed 10 persons.

5. Landlord has and reserves the right to exclude guests or others who, in our sole judgment, have been violating the law, violating the Lease or any rules or policies of the Apartment Community, or disturbing other residents, neighbors, visitors or our representatives. Landlord may also exclude from any patio or Common Area a person who refuses to or cannot identify himself or herself as your guest.

6. Neither you nor your guests will be allowed to engage in the following prohibited activities: (i) loud or obnoxious conduct (ii) disturbing or threatening the rights, comfort, health, safety or convenience of others in or near the Apartment Community, (iii) possessing, selling or manufacturing illegal drugs/controlled substances (including medical marijuana) or illegal drug paraphernalia (iv) engaging in or threatening violence or any criminal activity (v) possessing a weapon, (vi) discharging a firearm in the Apartment Community, (vii) displaying a firearm, BB gun, pellet gun, any other air powered weapon, knife or other weapon in the Apartment Community in a threatening manner, (viii) canvassing or soliciting business or contributions, (ix) operating a business or child care service within the Premises or Apartment Community, (x) storing anything in closets having gas and/or electric appliances, (xi) tampering with utilities or utility systems, (xii) bringing   or storing hazardous materials into the Apartment Community, (xiii) using candles or kerosene or gas lamps in the Premises or Apartment Community. Management reserves the right at any time to fine, contact guarantors, or declare you in default of your lease for any of the above mentioned violations.

## SERVICE REQUESTS

We offer 24 hour response to emergency service request. Call 911 in case of fire and other life-threatening situations. Emergencies are considered to be any situation, which places life or property in jeopardy and requires immediate attention. For after-hours emergences, call immediately the after hours phone number and explain the situation. Instructions will be provided to contact the proper service personnel. For normal service requests, please call during posted Manager office hours.

## MODIFICATION OF RULES AND REGULATIONS

You and your guests will be required to comply with all of the requirements set forth in these Rules and Regulations. Landlord has the right to change these Rules and Regulations from time to time, as Landlord or the Manager deem necessary. Any changes to these Rules and Regulations will be effective and part of the Lease once they have been delivered to you or posted in a public area of the Apartment Community used for such purposes for thirty days (30). You are responsible for your guest's compliance with all of these Rules and Regulations.  Neither Landlord nor Manager will be responsible to you if you fail to cause compliance by any person with these Rules and Regulations.

## SECURITY ACKNOWLEDGMENT AND RELEASE.

BY EXECUTION OF THE LEASE, RESIDENT AGREES AS FOLLOWS:

Your initials at the end of these Rules and Regulations indicates that you will, upon move in, inspect your Premises and determine to your satisfaction that the smoke detectors, door locks and latches and other safety devices in the Premises are adequate and in good working order.

It is your responsibility to immediately read the instructions for operating the alarm systems and controlled accesses gates (if any) and contact the Manager if you have any questions. You acknowledge that electronic and mechanical systems may malfunction or fail and that Manager and we are not responsible for any injury, damage, loss or claim related to such malfunction or failure.

You understand that neither Landlord nor the Manager guarantee or assure personal security or safety for you or anyone. The furnishing of safety devices will not constitute a guarantee of their effectiveness nor does it impose an obligation on Landlord or Manager to continue furnishing them. Landlord and Manager assume no duties of security. We will proceed with reasonable diligence to repair electronic and mechanical existing systems after you have given us written notice of malfunction. You acknowledge that any personnel or any mechanical or electronic devices that are provided (examples: courtesy patrol, intrusion alarms, pedestrian gates, controlled access vehicle gates), IF ANY, cannot be relied upon by you as being in working condition at all times. There will be malfunctions of any mechanical or electronic systems. Employee absenteeism, weather, vandalism and other

RESIDENT'S INITIALS

factors often cause such systems not to function as intended.  Mechanical and electronic systems or courtesy personnel can be circumvented.  You acknowledge that crime exists and that Manager and we have no duty of foreseeability concerning criminal conduct or acts. Accordingly, you hereby release Landlord and the Manager, and their respective agents, partners, officers, directors and representatives, from any claim whatsoever with respect to any personal injury or property damage, and acknowledge that none of such persons or entities are insurers or guarantors of your safety or that of your property in the Apartment Community. **MANAGER AND WE OWE NO DUTY OF PROTECTION TO YOU. YOU ARE RESPONSIBLE FOR YOUR OWN SECURITY/SAFETY AND FOR THE SECURITY/SAFETY OF YOUR GUESTS AND YOUR PROPERTY.**

NOTICE ACKNOWLEDGEMENT AND RELEASE

> The methods that you may use to provide notices to Landlord are described in Section 20 of the Lease. Other methods of communication to Landlord and/or its Manager, including without limitation any communication made via fax, e-mail, pdf, website, social networking site (for example, Facebook, MySpace, Cyworld, Bebo, and others) or other method of communication, whether now existing or created in the future, shall NOT be effective notice under the Lease.  Landlord shall NOT be deemed to have received notice from you until you have provided notice in the manner described in Section 20 of the Lease.

BY INITIALING THESE RULES AND REGULATIONS, YOU CONFIRM THAT YOU HAVE READ THESE REGULATIONS AND FULLY UNDERSTAND THEM. THESE RULES AND REGULATIONS ARE A PART OF YOUR LEASE AND THEY APPLY TO YOU AND YOUR GUEST(S). YOU ALSO CONFIRM THAT YOU UNDERSTAND THAT IF YOU OR YOUR GUEST(S) VIOLATE THESE RULES AND REGULATIONS, YOU ARE IN VIOLATION OF THE LEASE.

*KG*
RESIDENT'S INITIALS

EXHIBIT B

## SAFETY GUIDELINES

We would like you to be aware of some important guidelines for your safety and the safety of your guests and your property. **MANAGER AND WE OWE NO DUTY OF PROTECTION TO YOU. YOU ARE RESPONSIBLE FOR YOUR OWN SAFETY AND FOR THE SAFETY OF YOUR GUESTS AND YOUR PROPERTY.** We recommend that you consider following these guidelines, in addition to other common sense safety practices.

### INSIDE YOUR APARTMENT

1. Lock your doors and windows—even while you're inside.
2. Use your night latches or dead bolt locks on the doors while you're inside.
3. Before answering the door, confirm the identity of the person. Look through a window or peephole. If you don't know the person, first talk with him or her without opening the door. If the person identifies him/herself as a staff member or vendor, you may call the Manager for confirmation. Don't open the door if you have any concerns.
4. Do not give out or lend keys, gate or lock combinations to anyone.
5. Don't put your name, address, or phone number or other identifying markings on your key or key ring.
6. If you're concerned because you've lost your key or because someone you distrust has a key, ask the Manager to re-key the locks. We will be happy to accommodate you and will proceed with reasonable diligence. You will be responsible for the cost of the re-keying.
7. Dial 911 for emergencies. If an emergency arises, call the appropriate governmental authorities first, and then call the Manager.
8. Check your smoke detector monthly for dead batteries or malfunctions.
9. Check your door locks, window latches, and other safety devices regularly to be sure they are working properly.
10. Immediately report the following to the Manager—in writing, dated and signed:
    - Any needed repairs of locks, latches, doors, windows, smoke detectors, and alarm systems; and
    - Any malfunction of other safety devices outside your Apartment, such as broken gate locks, burned-out lights in stairwells and parking lots, blocked passages, broken railings, etc.
11. Close curtains, blinds, and window shades at night.
12. Mark or engrave identification on valuable personal property.

### OUTSIDE YOUR APARTMENT

13. Lock your doors every time you leave your apartment regardless how long you will be away.
14. Leave a radio or TV playing softly while you're gone.
15. Close and latch your windows while you're gone, particularly when you're on vacation.
16. Tell your roommate(s) where you're going and when you'll be back.
17. Don't walk alone at night.
18. Don't hide a key under the doormat, a nearby flowerpot, or anywhere outside the apartment. Criminals know all hiding places.
19. Don't give entry codes or electronic gate cards to anyone.
20. Use lamp timers when you go out in the evening or go away on vacation.
21. While on vacation, have your newspaper delivery stopped.
22. While on vacation, have your mail temporarily stopped by the post office.
23. Carry your door key in your hand, whether it is daylight or dark, when walking to your entry door. You are more vulnerable when looking for your keys at the door.
24. Report suspicious activities or persons to the Manager. Call 911 or local law enforcement if your personal safety is at risk.

### YOUR VEHICLE

25. Lock your car doors while driving. Lock your car doors and roll up the windows when leaving your car parked.
26. Whenever possible, don't leave items in your car, such as change/money, CD's, wrapped packages, book bags, or purses in view.
27. Don't leave your keys in the car.
28. Carry your key ring in your hand while walking to your car—whether it is daylight or dark — whether you are at home, school, work, or on vacation.
29. Try to park your car in an off-street parking area rather than on the street.  If you park on the street, park near a streetlight.
30. Check the backseat before getting into your car.
31. Don't stop at gas stations or automatic- teller machines at night—or anytime when you suspect danger.

### PERSONAL AWARENESS

No safety system or device is failsafe. Even the best safety system or device can't prevent crime.  Always be aware of your surroundings, and always proceed as if safety systems or devices don't exist because they are subject to malfunction, tampering, and human error. Landlord and Manager disclaim any express or implied warranties of security to the fullest extent permitted by applicable law.

Revision Date 7.20.10

RESIDENT'S INITIALS

**EXHIBIT C**

**ADDITIONAL PARKING PROVISIONS**

Please furnish the following information regarding your vehicle:

Your Name: Kendall Goett

Drivers License Number: DO 6 G 9 3 6 6 7 0 State: AZ   License Plate Number: AFD 9207

Vehicle:  Make: M M M ercedes  Model: ML320  Year: 1999  Color: Silver

You have chosen the following parking option, which is a binding contract for parking for the term of the lease, which is twelve months:

☑ Reserved Garage Parking ($70.00 per monthly installment)

☐ Non Reserved Garage Parking ($60.00 per monthly installment)

☐ Surface Parking, non covered ($50.00 per monthly installment)

The following rules and regulations are in addition to the Rules and Regulations, and you agree to abide by them:

1. When you move in to the Premises, we will issue you a parking decal, which must be placed on the back window driver's side of your vehicle.  If your vehicle is a motorcycle, it must still have a parking decal.

2. You agree to pay a parking charge of $70.00 for reserved garage parking per monthly installment; $60.00 for non reserved garage parking per monthly installment; $50.00 for surface non covered parking per monthly installment.  This parking charge is for your use of one parking space in the garage or parking lot.

3. Vehicles may only be parked in designated parking spaces. Vehicles may not be parked in a fire zone, next to a dumpster, by the curb, in any reserved parking space not assigned to the resident, or any place other than designated parking spaces.

4. Vehicle repairs and maintenance are not permitted in the garage.

5. Bicycles must be kept in the bicycle storage area.  Bicycles may not be locked to or kept on any stairwell or balcony railing.

6. We can tow any vehicle that does not have a parking decal.  We can also tow any vehicle that is not parked properly in a designated parking space and/or that is in violation of these rules and regulations or other applicable rules and regulations.  The owner of the vehicle will be responsible for all costs and expenses of the towing.

7. If at any time you switch vehicles or license plates, you need to bring the old sticker into the leasing office to get a new one.  A $50 charge will be assessed for anyone who loses their parking sticker and requires a new one.

8. Parking spaces may only be used for vehicle parking.  Any other items, including but not limited to tires, gas cans, vehicle parts and roof racks may not be stored in any parking space or parking area.

9. You agree to pay for parking for the entire lease term. If at any time you would like to be released from your parking obligations you must relet your parking space to another resident/student that lives at the property.

YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTOOD THE ADDITIONAL PARKING REQUIREMENTS AND AGREE TO BE BOUND BY THEM.

Revision Date 10.01.2009

KG

RESIDENT'S INITIALS

# Affidavit of Vincent Goett

Under oath I Vincent Goett attest I was out of town June 28, 2012 through August 10, 2012. I was with family members that entire period in Gozzer Ranch, Coeur d Alene, Idaho. I did not return to my residence in Las Vegas until August 10, 2012. This alone makes it impossible to have signed a guarantee with my daughter in the presence of any representative at Villa Del Sol Apartments on August 8, 2012.

The guarantee in question was forged by my ex-wife in the presence of Vista Del Sel staff and my daughter on August 8, 2012 while I was in another state.

Furthermore while I was away June 28, 2012 through August 10, 2012, an associate took care of my residence in Las Vegas.

Sworn Under Penalty of Perjury

Vincent Goett

# Affidavit of James Marples

Under oath I James Marples attest my business associate Vincent Goett was out of the corporate offices June 28, 2012 through August 10, 2012. Mr. Goett was with family members that entire period in Gozzer Ranch, Coeur d Alene, Idaho.

Furthermore while Mr. Goett was away June 28, 2012 through August 10, 2012, I took care of his home in Las Vegas.

Sworn Under Penalty of Perjury

James Marples